UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-1721-KK-SHKx** | Date: | September 23, 2025 |
|---|---|---|---|
| Title: | *Adam Layne v. City of Hesperia et al.* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order VACATING the Hearing on Defendant's Motion for Summary Judgment and DENYING AS MOOT Plaintiff's Ex Parte Application [Dkt. 65]**

The Court finds defendant Michael Carreon's Motion for Summary Judgment, dkt. 55, appropriate for resolution without oral argument. See Fed. R. Civ. P. 78; L.R. 7-15. Accordingly, the hearing set for October 2, 2025 is hereby **VACATED** and the matter is taken under submission. Therefore, Plaintiff's Ex Parte Application to Continue the Hearing Date, dkt. 65, is **DENIED AS MOOT**.

In addition, the Court will not strike Plaintiff's untimely opposition, dkt. 61. See L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion, *with the exception that a motion pursuant to F.R.Civ.P. 56* may not be granted solely based on the failure to file an opposition.") (emphasis added). Plaintiff is nonetheless explicitly warned that future failure to comply with court orders, including the Court's Standing Orders and the Local Rules, will result in sanctions, including dismissal for failure to prosecute and comply with Court orders and/or monetary sanctions. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.