UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LAYNE,<br>Plaintiff,<br>v.<br>MATTHEW CARREON,<br>Defendant. | Case No. EDCV 24-01721-KK-ACCVx<br><br>JUDGMENT |

This action came on for jury trial, the Honorable Kenly Kiya Kato, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and that Plaintiff shall take nothing. Accordingly, the action is dismissed on the merits. (JS-6)

Dated: July 1, 2026

HONORABLE KENLY KIYA KATO
United States District Judge